UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ROSAS, et al., | CASE NO. CV F 13-0850 LJO BAM<br>**NEW CASE NO. CV F 13-0850 AWI GSA** |
| Plaintiffs, | **ORDER TO RELATE ACTIONS AND TO REASSIGN JUDGES**<br>(Doc. 8) |
| vs. | |
| CITY OF FRESNO, et al., | |
| Defendants.<br>_____ / | |

    Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *I.R., et al. v. City of Fresno, et al.*, Case No. CV F 12-0558 AWI GSA.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

    On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Anthony W. Ishii and U.S. Magistrate Judge Gary S. Austin with a new **CASE NO. CV F 13-0850 AWI GSA**.  All documents shall bear the new **CASE**

1 **NO. CV F 13-0850 AWI GSA** and the reassignment to U.S. District Judge Anthony W. Ishii
2 and U.S. Magistrate Judge Gary S. Austin.

7 IT IS SO ORDERED.

Dated:  **June 11, 2013**                         /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE