Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for City of Fresno Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ROSAS, an individual; and EVA ROSAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a municipality; MIGUEL ALVAREZ, an individual; SAMMY ASHWORTH, an individual; TROY MILLER, an individual; COUNTY OF FRESNO, a municipality; CHRISTIAN LIGHTNER, an individual; MANUEL FLORES, an individual, and DOES 1-10, inclusive,<br><br>Defendant. | No.  1:13-CV-00850 AWI-GSA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED between Plaintiffs Raul Rosas and Eva Rosas ("Plaintiffs"), Defendant County of Fresno ("Defendant County"), and Defendant City of Fresno ("Defendant City"), through their respective counsel, and ordered by this Court, that:

1) The Status Conference set for October 16, 2013, be reset to October 15, 2013, at 10:30 a.m.

1

The rescheduling is necessary due to Defendant City's counsel's scheduled oral argument before the Ninth Circuit at 9:00 a.m., on October 16, 2013.

DATED: October 1, 2013                    WEAKLEY & ARENDT, LLP


By:   /s/  James D. Weakley
      James D. Weakley
      Brande L. Gustafson
      Attorneys for Defendant County

DATED:  October 1, 2013                   LAW OFFICES OF DALE K. GALIPO


By:   /s/  Melanie Partow
      Dale K. Galipo
      Melanie Partow
      Attorneys for Plaintiffs

DATED: October 1, 2013                    FERGUSON, PRAET & SHERMAN
                                          A Professional Corporation


By:   /s/   Bruce D. Praet
      Bruce D. Praet
      Attorneys for Defendant City

**ORDER**

Based on the above stipulation, the status conference of October 16, 2013, is reset to October 15, 2013, at 10:30 a.m.  Telephonic appearances will be permitted.  Any party wishing to appear telephonically shall contact Courtroom Deputy Amanda Martinez.

Additionally, the parties shall file a stipulation and a proposed order agreeing to consolidate this case with *I.R. et al., v. City of Fresno et. al*, 12-cv-558 AWI-GSA.  If no stipulation can be reached, the parties shall file a status report that outlines what attempts were made to reach a stipulation, as well as explain why no stipulation could be reached.

In addition, the parties are strongly encouraged to work together and file a stipulation

setting new deadlines for the consolidated case. If a stipulation is reached and the proposed dates are reasonable, the Court will likely vacate the status conference. If the parties are unable to reach an agreement regarding the dates, each party shall submit proposed dates for the Court's review.

All of the above stipulations or other pleadings shall be filed no later than five days prior to the next status conference.

IT IS SO ORDERED.

Dated: __October 2, 2013__       _____/s/ Gary S. Austin__
                                             UNITED STATES MAGISTRATE JUDGE